IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 JAN 20 PM 1:24
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN RE: LOGERO, JASON R. ) CASE NO. 08-40728

DEBTOR(S) ) HON. KAY WOODS

) DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 111 in the amount of $0.63.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Howland Springs Water Co.<br>8707 Howland Springs Rd.<br>Warren, OH 44484 | $0.35 |
| Ohio Edison Co.<br>6896 Miller Rd., Rm 204<br>Brecksville, OH 44141 | $0.28 |

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH 44406
330-702-0780
330-702-0788(facsimile)